PROB 12C
(6/16)

Report Date: November 12, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 13, 2024
SEAN F. MCAVOY, CLERK

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Alejandro Martinez  Case Number: 0980 2:22CR00165-TOR-1

Address of Offender: [redacted] Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Anna J. Brown, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 18, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(A)(ii) and 846 | |
| Original Sentence: | Prison - 77 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 13, 2023) | Prison - 18 months<br>TSR - 42 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 15, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 14, 2027 |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2024.

On April 15, 2024, the conditions of supervision were reviewed with Mr. Martinez. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release on or about November 12, 2024, for committing the criminal offense of Felony Possession with Intent to Deliver Methamphetamine (RCW69.50.401(2)(B)).<br><br>On November 12, 2024, at approximately 5:12 a.m., per Grant County Sheriff's Office (GCSO) case number report 24GS13972, a GCSO corporal observed a vehicle that appeared to be speeding and take a hard and abrupt turn. Due to the erratic driving the corporal |

attempted to follow and locate the vehicle. The corporal drove into a parking lot and was able to locate the aforementioned vehicle. Although unoccupied, the vehicle's license plate showed the registered owner to be Mr. Alberto Martinez. Dispatch informed the corporal that Mr. Martinez had an active federal warrant that was issued on October 18, 2024.

While in the parking lot, the corporal noticed individuals going into work at the warehouse. An employee informed the corporal that Mr. Martinez was inside. Upon entering the warehouse the corporal identified a male approximately 100 yards away who matched the description of Mr. Martinez. The male in question began walking at a fast pace toward an exit. The corporal began to jog and caught up with the male who he confirmed to be Mr. Martinez and placed him into hand restraints. Mr. Martinez was searched subject to his arrest and he advised that he had a pipe in his pocket. The pipe was subsequently located with a white crystalline substance inside. Based on his training and expertise, the corporal identifed the white crystalline substance to be methamphetamine. The search continued and six individually wrapped balloons were located in Mr. Martinez' front left jacket pocket. Mr. Martinez was read his constitutional rights (Miranda warnings) and he informed the corporal the pipe was his and that the balloons contained methamphetamine. Mr. Martinez was arrested on the aforementioned charge and he remains in the Grant County Jail as of this writing. It should also be noted that a search warrant of Mr. Martinez' vehicle is being applied for as the corporal observed a clear plastic baggie inside the driver's side door. The baggie appeared to contain a white crystalline substance similar to what Mr. Martinez had on his person.

5 **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release on or about November 12, 2024, by possessing a controlled substance, specifically methamphetamine.

On November 12, 2024, at approximately 5:12 a.m., per Grant County Sheriff's Office (GCSO) case number report 24GS13972, a GCSO corporal observed a vehicle that appeared to be speeding and take a hard and abrupt turn. Due to the erratic driving the corporal attempted to follow and locate the vehicle. The corporal drove into a parking lot and was able to locate the aforementioned vehicle. Although unoccupied, the vehicle's license plate showed the registered owner to be Mr. Alberto Martinez. Dispatch informed the corporal that Mr. Martinez had an active federal warrant that was issued on October 18, 2024.

While in the parking lot, the corporal noticed individuals going into work at the warehouse. An employee informed the corporal that Mr. Martinez was inside. Upon entering the warehouse the corporal identified a male approximately 100 yards away who matched the description of Mr. Martinez. The male in question began walking at a fast pace toward an exit. The corporal began to jog and caught up with the male who he confirmed to be Mr. Martinez and placed him into hand restraints. Mr. Martinez was searched subject to his arrest and he advised that he had a pipe in his pocket. The pipe was subsequently located with a white crystalline substance inside. Based on his training and expertise, the corporal identifed the white crystalline substance to be methamphetamine. The search continued and six individually wrapped balloons were located in Mr. Martinez' front left jacket pocket. Mr. Martinez was read his constitutional rights (Miranda warnings) and he informed the corporal

the pipe was his and that the balloons contained methamphetamine. Mr. Martinez was arrested on the aforementioned charge and he remains in the Grant County Jail as of this writing. It should also be noted that a search warrant of Mr. Martinez' vehicle is being applied for as the corporal observed a clear plastic baggie inside the driver's side door. The baggie appeared to contain a white crystalline substance similar to what Mr. Martinez had on his person.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 12, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Thomas O. Rice
United States District Judge

November 13, 2024
Date